938 A.2d 987

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Juan Luis OLMEDA–RIVERA, Petitioner.**

**No. 341 MAL 2007.**

Supreme Court of Pennsylvania.

Dec. 21, 2007.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2007, the Petition for Allowance of Appeal is hereby **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for the Superior Court to address Petitioner's argument that the sentence imposed by the trial court violated his Fifth Amendment rights under *Estelle v. Smith,* 451 U.S. 454, 101 S.Ct. 1866, 68 L.Ed.2d 359 (1981), and *Mitchell v. United States,* 526 U.S. 314, 119 S.Ct. 1307, 143 L.Ed.2d 424 (1999). *See Commonwealth v. Olmeda–Rivera,* 927 A.2d 656

(Pa.Super.2007) Middle District Appeal 2006 (Pa.Super.), Brief of Appellant at 14–16, 22.

Justice EAKIN did not participate in the consideration or decision of this matter.